IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30796
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GEORGE DALE MCCOMBS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CR-20026
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for George Dale McCombs has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967), and we have independently reviewed counsel's brief, the points raised by McCombs in response to that brief, and the record, and found no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5th Cir. R. 42.2. McCombs' motion for the appointment of additional appellate counsel is DENIED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.